# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whitworth, Matt J. | United States District Court - Western Missouri | 01/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

Matt J. Whitworth, United States Magistrate Judge
Charles Evans Whittaker United States Courthouse
400 East 9th Street, Chambers 6652
Kansas City, Missouri 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 01/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 01/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MOHELA | College Student Loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Personal Savings Account | A | Interest | K | T | | | | | |
| 2. U.S. Bank Perrsonal Checking Accountj | A | Interest | J | T | | | | | |
| 3. Adams Dairy Bank | | None | | | Sold | 12/31/16 | J | A | |
| 4. (H) Morgan Stanley Simple IRA | | | | | | | | | |
| 5. Central Fund Canada LTD A | | None | | | Sold | 12/31/16 | J | A | |
| 6. Cisco Systems Inc.. | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 7. Guggenheim S&P 500 EQU Weight | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 8. Guggenheim Timber EFT | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 9. IShares MSCI Japan Sm Cap | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 10. IShares MSCI China Large Cap | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 11. Duetsche GLB Infrastructure | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 12. Market Vectors Russia EFT Russ | | None | | | Sold | 12/31/16 | J | A | |
| 13. Doubleline Emerg Mkts FX Inc. | | None | | | Sold | 12/31/16 | J | A | |
| 14. Doubleline Total Return | | None | | | Sold | 12/31/16 | J | A | |
| 15. First Eagle Overseas I | | None | | | Sold | 12/31/16 | J | A | |
| 16. Janus Forty I | | None | | | Sold | 12/31/16 | J | A | |
| 17. Janus Overseas I | | None | | | Sold | 12/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Loomis Sayles Strategic Inc. Y | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 19. Victory Established Val A | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 20. Wasatch Emerging Mkts Small CP | | None | | | Sold | 12/31/16 | J | A | |
| 21. Legg Mason Opportunity TRST I (LMNOX) | B | Dividend | | | Sold | 12/31/16 | J | A | |
| 22. (H) Morgan Stanley Traditional IRA | | | | | | | | | |
| 23. Cons Discret Sel Sect SPDR FD | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 24. Morgan Stanley Traditional IRA - Cash | A | Interest | J | T | Buy | 12/31/16 | J | | |
| 25. Health Care Sel Sect SPDR FD | A | Dividend | J | W | Buy | 06/30/16 | J | | |
| 26. Industrial Sel Sec SPDR FD | A | Dividend | J | W | Buy | 06/30/16 | J | | |
| 27. SPDR DJ Wilshire REIT ETF | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 28. SPDR Morgan Stanley Technology | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 29. SPDR Aerospace & Def ETF | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 30. SPDR S & P EFT | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 31. SPDR S & P Biotech | A | Dividend | J | W | Buy | 11/21/16 | J | | |
| 32. SPDR S & P HLTH Care Equipme | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 33. SPDR S & P Insurance ETF | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 34. SPDR S & P Metals & Mining | A | Dividend | J | W | Buy | 02/10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | SPDR S & P Oil and Gas Equip SVC | A | Dividend | J | W | Buy | 03/09/16 | J | | |
| 36. | SPDR S & P Oil & Gas EXP & PRO | A | Dividend | J | W | Buy | 04/20/16 | J | | |
| 37. | SPDR S & P Regional Banking ETF | A | Dividend | J | W | Buy | 11/21/16 | J | | |
| 38. | SPDR S & P Semiconductor | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 39. | SPDR S & P Software & Serv ETF | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 40. | SPDR S & P Transn ETF | A | Dividend | J | W | Buy | 11/21/16 | J | | |
| 41. | The Financial SEL Sect SPDR FD | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 42. | The Technology Sel SEC SPDR FD | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 43. | Utilities Sel Sect SPDR Fund | A | Dividend | J | W | Buy | 02/10/16 | J | | |
| 44. | (H) Morgan Stanley ROTH IRA | | | | | | | | | |
| 45. | Calamos Growth C | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 46. | (H) Morgan Stanley ROTH IRA | | | | | | | | | |
| 47. | Legg Mason Cap Mgmt Opport C | | None | | | Sold | 06/01/16 | J | A | |
| 48. | | | | | | | | | | |
| 49. | | | | | | | | | | |
| 50. | | | | | | | | | | |
| 51. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 01/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matt J. Whitworth**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544